# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| SHAWN TIMOTHY FARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 2:14CV00039 SPM |
| ROCHELLE DAVIS, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff's motion for extension of time to pay the partial initial filling fee. The Court dismissed this action on April 2, 2014, and ordered plaintiff to pay a $2.00 initial fee no later than May 2, 2014. Plaintiff requests an extension of time to pay the fee because he has been in administrative segregation.

The Court will waive the $2.00 partial initial filing fee requirement, which the Court previously directed plaintiff to pay. However, plaintiff is required to pay the full amount of the filing fee. 28 U.S.C. § 1915(b). Therefore, the Court will direct the Missouri Department of Corrections to begin withdrawing money from plaintiff's account until the filing fee is fully paid. As a result, the motion is denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [ECF No. 12] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that plaintiff is not required to pay an initial partial filing fee of $2.00.

**IT IS FURTHER ORDERED** that the Clerk shall request that the Missouri Department of Corrections collect the full amount of the filing fee from plaintiff's account in accordance with 28 U.S.C. § 1915, regardless of plaintiff's failure to pay the initial filing fee.

So Ordered this 28th day of May, 2014.

*E. Richard Webber* (signature)

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE